Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
| --- | --- |
| NORTHERN DISTRICT OF ILLINOIS | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| --- | --- |
| **Bowie, Jeffrey** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| --- | --- |
| **NONE** | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): **1248** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
| --- | --- |

| Street Address of Debtor (No. and Street, City, and State): **3000 S. Archer Ave** **Unit 3-B** **Chicago IL** | ZIPCODE **60608** | Street Address of Joint Debtor (No. and Street, City, and State): | ZIPCODE |
| --- | --- | --- | --- |

| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| --- | --- |

| Mailing Address of Debtor (if different from street address): **SAME** | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
| --- | --- | --- | --- |

| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE** | ZIPCODE |
| --- | --- |

**Type of Debtor** (Form of organization) (Check **one** box.)

- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business** (Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (04/10)                                                                                                      FORM B1, Page   2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Jeffrey Bowie* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  */s/ Barry C. Boykin*        *11/05/2010*<br>   Signature of Attorney for Debtor(s)                        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (04/10) | | FORM B1, Page  3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Jeffrey Bowie* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Jeffrey Bowie*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*11/05/2010*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

11/05/2010
(Date)

### Signature of Attorney*

**X** */s/ Barry C. Boykin*
Signature of Attorney for Debtor(s)

*Barry C. Boykin 14318*
Printed Name of Attorney for Debtor(s)

*Chicago Legal Clinic, Inc.*
Firm Name

*118 N. Central Ave*
Address

*Chicago IL  60644-2234*

*(773) 854-1610*
Telephone Number

*11/05/2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*11/05/2010*
Date

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re **Jeffrey Bowie**                                                                                        Case No.

(if known)

_____
                         **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

     ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐    Active military duty in a military combat zone.

     ☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Jeffrey Bowie*

Date:    11/05/2010

B6E (Official Form 6E) (04/10)

In re _Jeffrey Bowie_____,    Case No._____
                              **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_    **continuation sheets attached**

In re _Jeffrey Bowie_____ ,    Case No._____

**Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No. *1248* Creditor # : 1 Internal Revenue Service Centralized Insolvency Operati PO Box 21126 Philadelphia PA 19114 | | *11/23/2009* *Federal income taxes* *Dept of the Treasury* | | | | $ 45,807.10 | $ 45,807.10 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 45,807.10 | 45,807.10 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Jeffrey Bowie_____ ,     Case No._____

          **Debtor(s)**                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: | | | 01/2009 | | | | $ 1,912.41 | $ 1,912.41 | $ 0.00 |
| Creditor # : 2 Anthem College 1515 E Indian School Rd Phoenix AZ 85014 | | | Student loans | | | | | | |
| Account No: | | | | | | | | | |
| Representing: Anthem College | | | Pinnacle Financial Group 7825 Washington Ave S Ste 310 Minneapolis MN 55439 | | | | | | |
| Account No: 0290 | | | 05/2008 | | | | $ 660.14 | $ 660.14 | $ 0.00 |
| Creditor # : 3 City of Chicago Bureau of Parking - Bankruptcy 333 S. State St Ste 540 Chicago IL 60604 | | | Parking tickets | | | | | | |
| Account No: | | | | | | | | | |
| Representing: City of Chicago | | | Arnold Scott Harris, PC 222 Merchandise Mart Plaza Suite 1932 Chicago IL 60654 | | | | | | |
| Account No: 6696 | | | 06/04/2009 | | | | $ 24,236.60 | $ 24,236.60 | $ 0.00 |
| Creditor # : 4 Illinois Tollway ATTN: Violation Administration 2700 Ogden Ave Downers Grove IL 60515 | | | Toll violations | | | | | | |
| Account No: | | | | | | | | | |
| Representing: Illinois Tollway | | | GC Services, Ltd 6330 Gulfton St. Houston TX 77081-1108 | | | | | | |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 26,809.15 | 26,809.15 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 72,616.25 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 72,616.25 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Jeffrey Bowie_ _____,    Case No. _____
        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1824<br>Creditor # : 1<br>200Cash.com<br>110 W. Ninth Street<br>Suite 581<br>Wilmington DE 19801 | | | 10/2008<br>Pay Day Loan | | | | $ 19.00 |
| Account No: 7092<br>Creditor # : 2<br>247Advances.com<br>223 West Bulldog Blvd<br>Suite 529<br>Provo UT 84604 | | | 10/2008<br>Pay Day Loan | | | | $ 74.00 |
| Account No: 7474<br>Creditor # : 3<br>Affiliated Radiologists, SC<br>1725 W. Harrison<br>Suite 437<br>Chicago IL 60612 | | | 10/7/2009<br>Medical Bills | | | | $ 15.00 |
| Account No: 7474<br>Representing:<br>Affiliated Radiologists, SC | | | Merchants Credit Guide Co<br>223 W. Jackson Blvd<br>Chicago IL 60606 | | | | |

_18_ continuation sheets attached

Subtotal $ | $ 108.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_____,   Case No._____
        **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7125<br>Creditor # : 4<br>Americredit Fincl Serv<br>PO Box 181145<br>Arlington TX 76096 | | | 03/2010<br>BALANCE ON AUTO LOAN<br>Charged off as bad debt per credit report | | | X | $ 12,979.00 |
| Account No:   3865<br>Creditor # : 5<br>Arrow Financial Services<br>5996 W. Touhy Ave<br>Niles IL 60174 | | | 01/2009<br>Consumer Credit<br>Original Creditor: Plains Commerce Bank | | | | $ 639.00 |
| Account No:<br>Creditor # : 6<br>B & A Associates LLC<br>14 W. Elm<br>Chicago IL 60610 | X | | 03/01/2010<br>Rent in Arrears | | | | $ 2,015.00 |
| Account No:<br>Representing:<br>B & A Associates LLC | | | Jay K Levy & Associates<br>155 Revere Dr<br>Suite 2<br>Northbrook IL 60062 | | | | |
| Account No:   7214<br>Creditor # : 7<br>Bally Total Fitness<br>12440 E Imperial Hwy<br>#300<br>Norwalk CA 90650 | | | 10/2009<br>Club membership | | | | $ 449.50 |
| Account No:   7214<br>Representing:<br>Bally Total Fitness | | | Asset Acceptance LLC<br>PO Box 2036<br>WARREN MI 48090 | | | | |

Sheet No.  _1_  of  _18_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 16,082.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Jeffrey Bowie_____ ,        Case No._____
         **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9963  Creditor # : 8  Bank of America  210 N Tryon St  Charlotte NC 28202 | | | 12/2009 | | | | $ 1,228.00 |
| Account No:   9963  Representing:  Bank of America | | | NCO Financial Services  PO Box 7216  Philadelphia PA 19101 | | | | |
| Account No:   1042  Creditor # : 9  Bank of America  210 N Tryon St  Charlotte NC 28202 | | | 02/2010  Closed account | | | | $ 379.44 |
| Account No:   1042  Representing:  Bank of America | | | ER Solutions  800 SW 39th St  Renton WA 98057 | | | | |
| Account No:   1042  Representing:  Bank of America | | | NCO Financial Systems, Inc  507 Prudential Rd  Horsham PA 19044 | | | | |
| Account No:   1068  Creditor # : 10  Bank of America  210 N Tryon St  Charlotte NC 28202 | | | 02/2010  Closed account | | | | $ 48.64 |

Sheet No.   _2_  of   _18_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,656.08

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_____,   Case No._____
         **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   1068  <br><br>*Representing:* <br>Bank of America | | | NCO Financial Systems, Inc <br>507 Prudential Rd <br>Horsham PA 19044 | | | | |
| Account No.   7913 <br>Creditor # : 11 <br>Baron's Creditor's Service <br>155 Revere Dr <br>Suite 9 <br>Northbrook IL 60062 | | | 03/2010 <br>Consumer Credit | | | | $ 2,015.00 |
| Account No.   5518 <br>Creditor # : 12 <br>Capital One Bank <br>PO Box 30281 <br>Salt Lake City UT 84130-0285 | | | 03/2010 <br>REVOLVING CHARGE ACCOUNT | | | | $ 840.00 |
| Account No.   3746 <br>Creditor # : 13 <br>Centruion Fund Loans | | | 10/2008 <br>Pay Day Loan | | | X | $ 150.00 |
| Account No.   9600 <br>Creditor # : 14 <br>Charter One Bank <br>PO Box 42012 <br>Attn Bankruptcy Dept <br>Providence RI 02940 | | | 02/2009 <br>Closed account <br>RJM Acquisitions <br>Checking Acct Overdrawn | | | | $ 489.71 |
| Account No.   9600 <br><br>*Representing:* <br>Charter One Bank | | | First National Collection Bur <br>610 Waltham Way <br>Attn Bankruptcy Dept <br>Sparks NV 89434 | | | | |

Sheet No.   3   of   18   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,494.71

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_____,   Case No._____
        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9600 Representing: Charter One Bank | | | RJM Acquisitions LLC 575 Underhill Blvd Suite 224 Syosset NY 11791 | | | | |
| Account No:   8195 Creditor # : 15 Chase Bank USA NA 800 Brooksedge Blvd Westerville OH 43081-2822 | | | 11/2007 Credit Card Purchases Circuit City USA001 Heritage Bank One VISA Platinum | | | | $ 3,004.32 |
| Account No:   8195 Representing: Chase Bank USA NA | | | National Enterprise Systems 29125 Solon Rd Solon OH 44139 | | | | |
| Account No:   0196 Creditor # : 16 CMG Credit 1 Millenium Dr Uniontown PA 15401 | | | 03/2010 REVOLVING CHARGE ACCOUNT | | | | $ 309.00 |
| Account No:   9382 Creditor # : 17 Comcast 1500 Market Street Attn: Bankruptcy Dept Philadelphia PA 19102 | | | 11/19/2009 Cable Service | | | | $ 394.15 |
| Account No:   9382 Representing: Comcast | | | Credit Protection Association, 13355 Noel Road Dallas TX 75240 | | | | |

Sheet No.   4   of   18   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 3,707.47

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_ _____ ,   Case No._____
   **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   4126<br><br>Creditor # : 18<br>ComEd<br>3 Lincoln Center<br>Attn: Bkcy Group-Claims Dept<br>Oakbrook Terrace IL 60181 | | 10/2010<br>Utility Bills | | | | $ 800.00 |
| Account No:   4126<br><br>Representing:<br>ComEd | | Torres Credit Services Inc<br>27 Fairview Street<br>Suite 301<br>Carlisle PA 17015 | | | | |
| Account No:   4126<br><br>Representing:<br>ComEd | | ER Solutions<br>800 SW 39th St<br>Renton WA 98057 | | | | |
| Account No:   5947<br><br>Creditor # : 19<br>Credit One Bank<br>PO Box 98872<br>Las Vegas NV 89193 | | 11/2008<br>REVOLVING CHARGE ACCOUNT | | | X | $ 0.00 |
| Account No:   8120<br><br>Creditor # : 20<br>DSNB/ Macy's<br>9111 Duke Blvd<br>Mason OH 45040 | | 08/2009<br>REVOLVING CHARGE ACCOUNT | | | X | $ 43.00 |
| Account No:   4312<br><br>Creditor # : 21<br>ER Solutions<br>500 SW 7th St<br>Building A 100<br>Renton WA 98055 | | 11/2009<br>Telephone Bill<br>Original creditor: US Cellular Corp<br>of Chicago | | | | $ 588.00 |

Sheet No.   5   of   18   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,431.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jeffrey Bowie_____,    Case No._____
            **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    4954<br>Creditor # : 22<br>First Bank of Delaware<br>1000 Rocky Run Parkway<br>Wilmington DE 19803 | | | 07/2010 | | | | $ 1,586.61 |
| Account No:    4954<br>Representing:<br>First Bank of Delaware | | | Midland Credit Management<br>8875 Aero Dr<br>Suite 200<br>SAN DIEGO CA 92123 | | | | |
| Account No:    3285<br>Creditor # : 23<br>GE Money Bank /Dillards<br>Bankruptcy Dept<br>PO Box 103014<br>Roswell GA 30076 | | | 12/2009<br>REVOLVING CHARGE ACCOUNT<br>Charged off as bad debt per credit report | | | | $ 434.68 |
| Account No:    3285<br>Representing:<br>GE Money Bank /Dillards | | | NCC Business Services, Inc<br>9428 Baymeadows Rd<br>Jacksonville FL 32256 | | | | |
| Account No:    3285<br>Representing:<br>GE Money Bank /Dillards | | | Nationwide Credit<br>2015 Vaughn Rd NW<br>Suite 400<br>Kennesaw GA 30144 | | | | |
| Account No:    5174<br>Creditor # : 24<br>GE Money Bank/ JC Penney<br>Bankruptcy Dept<br>PO Box 103014<br>Roswell GA 30076 | | | 05/2009<br>REVOLVING CHARGE ACCOUNT | | | | $ 312.00 |

Sheet No.   6   of   18   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,333.29

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_____,     Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5174 <br><br> *Representing:* <br> GE Money Bank/ JC Penney | | | *Encore Receivable Management* <br> *400 Rogers Rd* <br> *Attn Bankruptcy Dept* <br> *Olathe KS 66063-3330* | | | | |
| Account No:   5174 <br> *Creditor # : 25* <br> *GE Money Bank/ JC Penney* <br> *Bankruptcy Dept* <br> *PO Box 103014* <br> *Roswell GA 30076* | | | *02/2010* <br> *REVOLVING CHARGE ACCOUNT* <br> *Charged off as bad debt* | | | | $ 146.00 |
| Account No: <br> *Creditor # : 26* <br> *Great Oaks Apts* | | | *4/2009* | | | | $ 2,431.00 |
| Account No:   7863 <br> *Creditor # : 27* <br> *Impact Cash* <br> *1759 North 400 East* <br> *#201* <br> *North Logan UT  84341* | | | *10/2008* <br> *Pay Day Loan* | | | | $ 335.00 |
| Account No:   7863 <br><br> *Representing:* <br> *Impact Cash* | | | *High Country Ventures, LLC* <br> *PO Box 3206* <br> *Logan UT 84323* | | | | |
| Account No:   7863 <br><br> *Representing:* <br> *Impact Cash* | | | *National Credit Adjusters* <br> *PO Box 3023* <br> *327 W. 4th Street* <br> *Hutchinson KS 67504* | | | | |

Sheet No.   _7_  of  _18_ continuation sheets attached to Schedule of           **Subtotal $**     $ 2,912.00
Creditors Holding Unsecured Nonpriority Claims                                          **Total $**
        (Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_ _____ ,   Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5408<br>Creditor # : 28<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 11/10/09<br>Medical Bills | | | | $ 60.18 |
| Account No:    8888<br>Creditor # : 29<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 3/18/2010<br>Medical Bills | | | | $ 180.00 |
| Account No:    1310<br>Creditor # : 30<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 8/16/2010<br>Medical Bills | | | | $ 116.48 |
| Account No:    7748<br>Creditor # : 31<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 1/8/2009<br>Medical Bills | | | | $ 146.18 |
| Account No:    8194<br>Creditor # : 32<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 8/9/2010<br>Medical Bills | | | | $ 156.86 |
| Account No:    7294<br>Creditor # : 33<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 3/18/2010<br>Medical Bills | | | | $ 51.27 |

Sheet No. _8_ of _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 710.97

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jeffrey Bowie_____ ,    Case No._____
                **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **8888** *Creditor # : 34 John H. Stroger Hospital 1900 W. Polk St Suite G-9 Chicago IL 60612* | | | *11/19/2009* | | | | $ 180.00 |
| Account No: **2209** *Creditor # : 35 John H. Stroger Hospital 1900 W. Polk St Suite G-9 Chicago IL 60612* | | | *9/22/2009 Medical Bills* | | | | $ 743.80 |
| Account No: **2209** *Representing: John H. Stroger Hospital* | | | *Linebarger Goggan Blair & Samp PO Box 06268 Chicago IL 60606* | | | | |
| Account No: **8288** *Creditor # : 36 John H. Stroger Hospital 1900 W. Polk St Suite G-9 Chicago IL 60612* | | | *12/4/2008 Medical Bills* | | | | $ 117.48 |
| Account No: **0475** *Creditor # : 37 John H. Stroger Hospital 1900 W. Polk St Suite G-9 Chicago IL 60612* | | | *4/29/2010 Medical Bills* | | | | $ 334.51 |
| Account No: **9747** *Creditor # : 38 John H. Stroger Hospital 1900 W. Polk St Suite G-9 Chicago IL 60612* | | | *4/9/2009* | | | | $ 340.22 |

Sheet No. _9_ of _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,716.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_____ ,   Case No. _____
          **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **4042**<br>Creditor # : 39<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 11/10/2009<br>Medical Bills | | | | $ 47.85 |
| Account No: **4042**<br><br>Representing:<br>John H. Stroger Hospital | | | Linebarger Goggan Blair & Samp<br>PO Box 06268<br>Chicago IL 60606 | | | | |
| Account No: **2435**<br>Creditor # : 40<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 12/4/2008<br>Medical Bills | | | | $ 69.96 |
| Account No: **4042**<br>Creditor # : 41<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 11/12/2009<br>Medical Bills | | | | $ 47.85 |
| Account No: **8390**<br>Creditor # : 42<br>John H. Stroger Hospital<br>1900 W. Polk St<br>Suite G-9<br>Chicago IL 60612 | | | 11/10/2009<br>Medical Bills | | | | $ 62.65 |
| Account No: **9230**<br>Creditor # : 43<br>Lighthouse Financial<br>PO Box 18512<br>Tampa FL 33679 | | | 02/2010<br>Auto Title Loan | | | X | $ 19,247.46 |

Sheet No. __10__ of __18__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 19,475.77

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Jeffrey Bowie_____,    Case No._____

**Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9230  Representing: Lighthouse Financial | | | Portfolio Recovery Associates 140 Corporate Blvd Attn: Bankruptcy Dept Norfolk VA 23502 | | | | |
| Account No: Creditor # : 44 Little Loan Shop 90 West 500 South #2001 Bountiful UT 84010 | | | 10/2008 Pay Day Loan | | | | $ 105.00 |
| Account No:   4149  Creditor # : 45 Loanshop Zurich 2207 Concord Pike #505 Wilmington DE 19803 | | | 10/2008 Pay Day Loan | | | | $ 90.00 |
| Account No:   929x  Creditor # : 46 Macy's 9111 Duke Blvd Mason OH 45040 | | | 02/2009 | | | | $ 43.00 |
| Account No:   8712  Creditor # : 47 Mansards Apartments 1818 Mansard Blvd. Griffith IN 46319 | | | 08/2009 Consumer Credit Original creditor: 09 Mansards Apartments Levalon Properties LLC | | | | $ 3,021.00 |
| Account No:   8712  Representing: Mansards Apartments | | | Fair Collections and Out 12304 Baltimore Ave Ste E Beltsville MD 20705 | | | | |

Sheet No. _11_ of _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,259.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_ _____ ,   Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6284<br>Creditor # : 48<br>Midland Credit Mgmt Inc<br>8875 Aero Dr<br>Ste 200<br>SAN DIEGO CA 92123 | | | 03/2010<br>Credit Card Purchases<br>GE Money Bank | | | X | $ 353.00 |
| Account No:   804x<br>Creditor # : 49<br>Mount Sinai Hospital Med Ctr<br>2720 West 15th Street<br>Chicago IL 60608 | | | 08/2009<br>Medical Bills | | | | $ 2,111.00 |
| Account No:   804x<br>Representing:<br>Mount Sinai Hospital Med Ctr | | | Nationwide Credit<br>9919 W. Roosevelt Rd<br>Suite 101<br>Westchester IL 60154 | | | | |
| Account No:   804x<br>Representing:<br>Mount Sinai Hospital Med Ctr | | | Pellettieri & Associates, Ltd<br>991 Oak Creek Dr.<br>Lombard IL 60148 | | | | |
| Account No:   0027<br>Creditor # : 50<br>National Credit Systems<br>3750 Naturally Fresh Blvd<br>Atlanta GA 30349 | | | 02/2010<br>Rent in Arrears | | | | $ 2,431.00 |
| Account No:   5127<br>Creditor # : 51<br>National Credit Systems<br>117 E 24th St<br>5th Fl<br>New York NY 10010 | | | 01/2009<br>Collection<br>Allied Funding Group<br>Williams & Associates 355 | | | X | $ 1,045.90 |

Sheet No.   12   of   18   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 5,940.90
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jeffrey Bowie_____,    Case No._____
          **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 52 <br> Nextel <br> 2001 Edmund Halley Dr <br> Reston VA 20191 | | | | | | | $ 500.00 |
| Account No:    9120 <br> Creditor # : 53 <br> Nicor Gas <br> PO Box 8350 <br> Aurora IL 60507 | | | 04/2010 <br> Utility Bills <br> Transferred to Recovery | | | | $ 1,650.00 |
| Account No:    7285 <br> Creditor # : 54 <br> NLS Cash Advance <br> G R Enterprise's Signmyloan <br> 510 Century Blvd. <br> Wilmington DE 19808 | | | 10/2008 <br> Pay Day Loan | | | | $ 83.50 |
| Account No: <br> Creditor # : 55 <br> Northway Financial <br> Level 8 Suite 3 <br> Plaza Commercial Center, Bisaz <br> Sliema Malta SLM15 | | | 10/2008 | | | | $ 271.16 |
| Account No:    5127 <br> Creditor # : 56 <br> NTL Credit Systems <br> 117 E 24th Street <br> New York NY 10010 | | | 05/2009 <br> Pay Day Loan <br> Original Creditor: Allied Funding Group | | | | $ 1,045.00 |
| Account No:    7063 <br> Creditor # : 57 <br> Peoples Gas <br> 130 E Randolph Dr <br> Chicago IL 60601 | | | 09/22/2010 <br> Utility Bills | | | | $ 541.09 |

Sheet No.    13    of    18    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                     **Subtotal $**    $ 4,090.75

                                                     **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_ _____,         Case No._____
            **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** 3285<br>Creditor # : 58<br>Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk VA 23502 | | | 03/2010<br>Consumer Credit<br>GE Money Bank | | | | $ 440.00 |
| **Account No:** 2230<br>Creditor # : 59<br>Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk VA 23502 | | | 03/2010<br>Car title loan<br>Lighthouse Financal Group | | | | $ 19,247.26 |
| **Account No:** 4638<br>Creditor # : 60<br>Premier Pay<br>P.O. Box 681282<br>Riverside MO 64168 | | | 10/2008<br>Pay Day Loan | | | | $ 74.00 |
| **Account No:**<br>Creditor # : 61<br>Quick PayDay.com | | | | | | | $ 513.36 |
| **Account No:** 7550<br>Creditor # : 62<br>Rapid Cash Management<br>928 High Road<br>London  N12 9RW | | | 10/2008<br>Pay Day Loan<br>Rapid cash management is now<br>kingston fiscal. They are the same<br>payday loan company based in uk. | | | | $ 89.00 |
| **Account No:** 2001<br>Creditor # : 63<br>Rush University Medical Group<br>75 Remittance Dr<br>Dept 1611<br>Chicago IL 60675 | | | 03/30/2010<br>Medical Bills | | | | $ 75.00 |

Sheet No. __14__ of __18__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 20,438.62

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_____ ,          Case No. _____
        **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1479<br><br>Creditor # : 64<br>Rush University Medical Group<br>75 Remittance Dr<br>Dept 1611<br>Chicago IL 60675 | | | 11/30/2009<br><br>Khan, Zeenat, MD | | | | $ 50.00 |
| Account No:    1479<br><br>Representing:<br>Rush University Medical Group | | | Nationwide Credit & Collection<br>815 Commerce Drive<br>Suite 100<br>Oak Brook IL 60523 | | | | |
| Account No:    4558<br><br>Creditor # : 65<br>Second Round LP<br>PO Box 1361<br>San Marcos TX 78667 | | | Original creditor: THE CASH STORE | | | | $ 1,300.00 |
| Account No:    5435<br><br>Creditor # : 66<br>Skytel<br>500 Clinton Center Drive<br>Fl 2 Bldg 2<br>Clinton MS 39056 | | | 6/4/2007<br>Pager | | | | $ 42.63 |
| Account No:    3644<br><br>Creditor # : 67<br>St. Mary Nazareth<br>2233 West Division Street<br>Chicago IL 60622 | | | 03/2010<br><br>Judgment 12/10/2008 | | | | $ 1,617.00 |
| Account No:    3644<br><br>Representing:<br>St. Mary Nazareth | | | Illinois Collection Serv<br>PO Box 1010<br>Tinley Park IL 60477 | | | | |

Sheet No. __15__ of __18__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,009.63

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Jeffrey Bowie_ _____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   3644 Representing: St. Mary Nazareth | | | James T. Gately 8223 West 185th Street Tinley Park IL 60487 | | | | |
| Account No.   8890 Creditor # : 68 TNB-Target PO Box 673 Minneapolis MN 55440 | | | 03/2010 REVOLVING CHARGE ACCOUNT Target National Bank x6816 | | | | $ 488.12 |
| Account No.   8890 Representing: TNB-Target | | | National Enterprise Systems 29125 Solon Rd Solon OH 44139 | | | | |
| Account No.   8890 Representing: TNB-Target | | | Accounts Receivable Management Attn Bankruptcy Department 155  Mid Atlantic Parkway Thorofare NJ 08086 | | | | |
| Account No.   8890 Representing: TNB-Target | | | IC System Inc 444 Highway 96 East PO Box 64378 St Paul MN 55164 | | | | |
| Account No.   4954 Creditor # : 69 Tribute Mastercard PO Box 105555 Atlanta GA 30348 | | | 09/2009 Credit Card Purchases Tribute Gold Master Card | | | | $ 1,600.00 |

Sheet No. _16_ of _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,088.12

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_____ ,        Case No._____
        **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **4954** *Representing:* **Tribute Mastercard** | | | **Midland Credit Management 8875 Aero Dr SAN DIEGO CA 92123** | | | | |
| Account No: **9695** **Creditor # : 70 US Cellular PO Box 7835 Attn Bankruptcy Madison  WI 53707** | | | | | | | **$ 400.00** |
| Account No: **4312** **Creditor # : 71 US Cellular PO Box 7835 Attn Bankruptcy MADISON WI 53707** | | | **11/2009** **Cellular Telephone Bill** | | | | **$ 588.00** |
| Account No: **4312** *Representing:* **US Cellular** | | | **ER Solutions 800 SW 39th St Renton WA 98057** | | | | |
| Account No: **4312** *Representing:* **US Cellular** | | | **H.E Stark Agency, Inc PO Box 45710 Madison  WI 53744** | | | | |
| Account No: **1027** **Creditor # : 72 USA Credit One Milennium Drive Uniontown PA 15401** | | | **04/2009** | | | | **$ 818.42** |

Sheet No. __17__ of __18__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal $          **$ 1,806.42**
                  Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Bowie_____ ,   Case No._____
**Debtor(s)**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0196<br>*Creditor # : 73*<br>*USA Credit*<br>*One Millennium Drive*<br>*Uniontown PA 15401* | | | 07/26/2010<br>*Loan* | | | | $ 359.50 |
| Account No:    0001<br>*Creditor # : 74*<br>*Verizon Wireless*<br>*777 Big Timber Road*<br>*Elgin IL 60123* | | | 03/2010<br>*Cellular Telephone Bill*<br>*Charged off as bad debt per credit report* | | | | $ 1,322.00 |
| Account No:    0001<br>*Representing:*<br>*Verizon Wireless* | | | *United Collection Bureau, Inc*<br>*5620 Southwyck Blvd*<br>*Suite 206*<br>*Toledo OH 43614* | | | | |
| Account No:    0001<br>*Representing:*<br>*Verizon Wireless* | | | *CBCS*<br>*PO Box 69*<br>*Columbus OH 43216* | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  _18_  of  _18_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 1,681.50

**Total $** | $ 95,942.74

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey Bowie*                                    Case No.
                                                        Chapter **7**

_____ / Debtor

Attorney for Debtor:  *Barry C. Boykin*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*800.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*800.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3.  $_____*299.00*_____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *11/05/2010*                         Respectfully submitted,

                                X */s/ Barry C. Boykin*
                    Attorney for Petitioner:*Barry C. Boykin*
                                *Chicago Legal Clinic, Inc.*
                                *118 N. Central Ave*
                                *Chicago IL  60644-2234*

                                *(773) 854-1610*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey Bowie*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Barry C. Boykin**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *11/05/2010*_____

*/s/ Jeffrey Bowie*_____
Debtor

Barry Jenkins
118 N. Central Ave
Chicago, IL  60644-2234

Jeffrey Bowie
3000 S. Archer Ave
Unit 3-B
Chicago, IL  60608

Anthem College
1515 E Indian School Rd
Phoenix, AZ  85014

Arnold Scott Harris, PC
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL  60654

City of Chicago
Bureau of Parking - Bankruptcy
333 S. State St Ste 540
Chicago, IL  60604

GC Services, Ltd
6330 Gulfton St.
Houston, TX  77081-1108

Illinois Tollway
ATTN: Violation Administration
2700 Ogden Ave
Downers Grove, IL  60515

Internal Revenue Service
Centralized Insolvency Operati
PO Box 21126
Philadelphia, PA  19114

Pinnacle Financial Group
7825 Washington Ave S
Ste 310
Minneapolis, MN  55439

200Cash.com
110 W. Ninth Street
Suite 581
Wilmington, DE  19801

247Advances.com
223 West Bulldog Blvd
Suite 529
Provo, UT  84604

Accounts Receivable Management
Attn Bankruptcy Department
155  Mid Atlantic Parkway
Thorofare, NJ  08086

Affiliated Radiologists, SC
1725 W. Harrison
Suite 437
Chicago, IL  60612

American Dental Svcs
PO Box 181145
Arlington, TX  76096

Arrow Financial Services
5996 W. Touhy Ave
Niles, IL  60174

Asset Acceptance LLC
PO Box 2036
WARREN, MI  48090

B & A Associates LLC
14 W. Elm
Chicago, IL  60610

Bally Total Fitness
12440 E Imperial Hwy
#300
Norwalk, CA  90650

Bank of America
210 N Tryon St
Charlotte, NC  28202

Baron's Creditor's Service
155 Revere Dr
Suite 9
Northbrook, IL  60062

Capital One Bank
PO Box 30281
Salt Lake City, UT  84130-0285

CBCS
PO Box 69
Columbus, OH  43216

Centruion Fund Loans

Charter One Bank
PO Box 42012
Attn Bankruptcy Dept
Providence, RI  02940

Chase Bank USA NA
800 Brooksedge Blvd
Westerville, OH  43081-2822

CMG Credit
1 Millenium Dr
Uniontown, PA  15401

Comcast
1500 Market Street
Attn: Bankruptcy Dept
Philadelphia, PA  19102

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Dept
Oakbrook Terrace, IL  60181

Credit One Bank
PO Box 98872
Las Vegas, NV  89193

Credit Protection Association,
13355 Noel Road
Dallas, TX  75240

DSNB/ Macy's
9111 Duke Blvd
Mason, OH  45040

Encore Receivable Management
400 Rogers Rd
Attn Bankruptcy Dept
Olathe, KS  66063-3330

ER Solutions
800 SW 39th St
Renton, WA  98057

ER Solutions
500 SW 7th St
Building A 100
Renton, WA  98055

Fair Collections and Out
12304 Baltimore Ave
Ste E
Beltsville, MD  20705

First Bank of Delaware
1000 Rocky Run Parkway
Wilmington, DE  19803

First National Collection Bur
610 Waltham Way
Attn Bankruptcy Dept
Sparks, NV  89434

GE Money Bank/ JC Penney
Bankruptcy Dept
PO Box 103014
Roswell, GA  30076

GE Money Bank /Dillards
Bankruptcy Dept
PO Box 103014
Roswell, GA  30076

Great Oaks Apts

H.E Stark Agency, Inc
PO Box 45710
Madison , WI  53744

High Century Ventures LLC
PO Box 3206
Logan, UT  84323

IC System Inc
444 Highway 96 East
PO Box 64378
St Paul, MN  55164

Illinois Collection Serv
PO Box 1010
Tinley Park, IL  60477

Impact Cash
1759 North 400 East
#201
North Logan, UT   84341

James T. Gately
8223 West 185th Street
Tinley Park, IL  60487

Jay K Levy & Associates
155 Revere Dr
Suite 2
Northbrook, IL  60062

John H. Stroger Hospital
1900 W. Polk St
Suite G-9
Chicago, IL  60612

Lighthouse Financial
PO Box 18512
Tampa, FL   33679

Linebarger Goggan Blair & Samp
PO Box 06268
Chicago, IL  60606

Little Loan Shop
90 West 500 South
 #2001
Bountiful, UT  84010

Loanshop Zurich
2207 Concord Pike #505
Wilmington, DE  19803

Macy's
9111 Duke Blvd
Mason, OH  45040

Mansards Apartments
1818 Mansard Blvd.
Griffith, IN  46319

Merchants Credit Guide Co
223 W. Jackson Blvd
Chicago, IL  60606

Midland Credit Management
8875 Aero Dr
SAN DIEGO, CA  92123

Midland Credit Management
8875 Aero Dr
Suite 200
SAN DIEGO, CA  92123

Midland Credit Mgmt Inc
8875 Aero Dr
Ste 200
SAN DIEGO, CA  92123

Mount Sinai Hospital Med Ctr
2720 West 15th Street
Chicago, IL  60608

National Credit Adjusters
PO Box 3023
327 W. 4th Street
Hutchinson, KS  67504

National Credit Systems
117 E 24th St
5th Fl
New York, NY  10010

National Credit Systems
3750 Naturally Fresh Blvd
Atlanta, GA  30349

National Enterprise Systems
29125 Solon Rd
Solon, OH  44139

Nationwide Credit
9919 W. Roosevelt Rd
Suite 101
Westchester, IL  60154

Nationwide Credit
2015 Vaughn Rd NW
Suite 400
Kennesaw, GA  30144

Nationwide Credit & Collection
815 Commerce Drive
Suite 100
Oak Brook, IL  60523

NCC Business Services, Inc
9428 Baymeadows Rd
Jacksonville, FL  32256

NCO Financial Services
PO Box 7216
Philadelphia, PA  19101

NCO Financial Systems Inc
507 Prudential Rd
Horsham, PA  19044

Nextel
2001 Edmund Halley Dr
Reston, VA  20191

Nicor Gas
PO Box 8350
Aurora, IL  60507

NLS Cash Advance
G R Enterprise's Signmyloan
510 Century Blvd.
Wilmington, DE  19808

Northway Financial
Level 8 Suite 3
Plaza Commercial Center, Bisaz
Sliema, Malta  SLM15

NTL Credit Systems
117 E 24th Street
New York, NY  10010

Pellettieri & Associates, Ltd
991 Oak Creek Dr.
Lombard, IL  60148

Peoples Gas
130 E Randolph Dr
Chicago, IL  60601

Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA  23502

Portfolio Recovery Associates
140 Corporate Blvd
Attn: Bankruptcy Dept
Norfolk, VA  23502

Premier Pay
P.O. Box 681282
Riverside, MO  64168

Quick PayDay.com

Rapid Cash Management
928 High Road
London  N12 9RW

RJM Acquisitions LLC
575 Underhill Blvd
Suite 224
Syosset, NY  11791

Rush University Medical Group
75 Remittance Dr
Dept 1611
Chicago, IL  60675

Second Round LP
PO Box 1361
San Marcos, TX  78667

Skytel
500 Clinton Center Drive
Fl 2 Bldg 2
Clinton, MS  39056

St. Mary Nazareth
2233 West Division Street
Chicago, IL  60622

TNB-Target
PO Box 673
Minneapolis, MN  55440

Torres Credit Services Inc
27 Fairview Street
Suite 301
Carlisle, PA  17015

Tribute Mastercard
PO Box 105555
Atlanta, GA  30348

United Collection Bureau, Inc
5620 Southwyck Blvd
Suite 206
Toledo, OH  43614

US Cellular
PO Box 7835
Attn Bankruptcy
MADISON, WI  53707

USA Credit
One Millennium Drive
Uniontown, PA  15401

Verizon Wireless
777 Big Timber Road
Elgin, IL  60123